**Fill in this information to identify the case:**

Debtor name   **PilePro LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-10475**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 25, 2019**          X _____
                                          Signature of individual signing on behalf of debtor

**Roberto Wendt**
Printed name

**Authorized Agent**
Position or relationship to debtor

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PILE PRO, LLC | ) | Case No. 19-10475 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATEMENT OF LIMITING CONDITIONS TO DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The two largest holders of equity in debtor PilePro, LLC ("Debtor") are Mr. Roberto Redondo Wendt and Mr. Richard Heindl, each with a 34.5% membership interest. Messrs. Wendt and Heindl have disagreements as to the assets held by the Debtor and the claims against the Debtor, among other issues. While Mr. Wendt has been appointed by membership consent as the representative of the Debtor for purposes of this bankruptcy case, the Debtor, in the interests of full disclosure, has endeavored to provide some information reflecting differing viewpoints so that the Trustee will have information to conduct an independent investigation.

**Fill in this information to identify the case:**

Debtor name   **PilePro LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-10475**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $          **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $     **10,000,100.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $     **10,000,100.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $          **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $          **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **5,650,144.66**

4.   **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b                                 $     **5,650,144.66**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **PilePro LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-10475**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of New Hampshire** | **Checking** | **0220** | $100.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $100.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | PilePro LLC | Case number *(If known)* | 19-10475 |
|--------|-------------|--------------------------|----------|
|        | Name        |                          |          |

---

**Part 5:**　　**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

　■ No.  Go to Part 6.
　☐ Yes Fill in the information below.

---

**Part 6:**　　**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　■ No.  Go to Part 7.
　☐ Yes Fill in the information below.

---

**Part 7:**　　**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　■ No.  Go to Part 8.
　☐ Yes Fill in the information below.

---

**Part 8:**　　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　■ No.  Go to Part 9.
　☐ Yes Fill in the information below.

---

**Part 9:**　　**Real property**

54. **Does the debtor own or lease any real property?**

　■ No.  Go to Part 10.
　☐ Yes Fill in the information below.

---

**Part 10:**　　**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　☐ No.  Go to Part 11.
　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 60.　**Patents, copyrights, trademarks, and trade secrets** **Trademarks and Tradenames, including, without limitation:** **PilePro** **iSheetPile** **Wadit** **O Pile** **O-pile** **(Note: PilePro, LLC's ownership of these or any other trademarks or tradenames has been questioned).** | **$0.00** | | **Unknown** |

---

Debtor   **PilePro LLC**
_____   Case number *(If known)* **19-10475**
Name

|  |  |  |  |
|---|---|---|---|
| **Patents listed on Exhibits "1" and/or "2" to Schedule A/B. NOTE: Exhibit "1" represents a list of patents that Mr. Wendt believes are property of PilePro, LLC.  Exhibit "2" represents a list of patents that Mr. Heindl believes are property of PilePro, LLC.  In the interest of full disclosure, the debtor is submitting both lists.  The $10 million value ascribed to the debtor's patents must be viewed as a very rough estimate that essentially splits the difference between differing views as to the value of the patents.** | $0.00 | N/A | $10,000,000.00 |
| 61. | **Internet domain names and websites www.pileprogroup.com www.opile.com (Note: PilePro, LLC's ownership of these domain names has been questioned)** | $0.00 | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** **Goodwill** | $0.00 | | **Unknown** |

66.   **Total of Part 10.**                                                                    **$10,000,000.00**
Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  ■ No
  ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☐ No
  ■ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

  Current value of debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **PilePro LLC** | Case number *(If known)* **19-10475** |
|---|---|---|
| | Name | |

Description (for example, federal, state, local)

**73.**  **Interests in insurance policies or annuities**

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Skyline Steel, LLC v. PilePro LLC et al, JAMS Arbitration Ref. #1425013730.**                                                                    Unknown

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$20,000,000.00** |

**Claim of PilePro, LLC against Richard Heindl and Steelcom Ltd. (disputed)**                                                                    Unknown

| Nature of claim | **Misappropriation and tortious interference.** |
|---|---|
| Amount requested | **$25,000,000.00** |

**Claim for breach of contract against Plymouth Tube Co.**                                                                    Unknown

| Nature of claim | **Breach of contract** |
|---|---|
| Amount requested | **$1,500,000.00** |

**Claim of PilePro, LLC against Roberto Wendt (disputed)**                                                                    Unknown

| Nature of claim | **Breach of Fiduciary Duty** |
|---|---|
| Amount requested | **$25,000,000.00** |

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claims against anyone for unauthorized use of any trademarks or tradenames owned by PilePro, LLC, including claims against iSheetPile, Wadit, PilePro GmbH and anyone else in the PilePro group. (Note: the validity of any such claims has been questioned).**                                                                    Unknown

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

**Claims for license fees against third parties, including, without limitation, PPV O-Pile Finland and MerLion Metals - O-Pile (Singapore & Philipines). (Note: the validity of such claims has been questioned).**                                                                    Unknown

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

**Claims against third parties related to inventory, which may include in rem claims for replevin, equitable and/or legal and/or monetary claims. (Note: the validity of such claims has been questioned).**                                                                    Unknown

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

**76.**  **Trusts, equitable or future interests in property**

**77.**  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **PilePro LLC**                                    Case number *(If known)*  **19-10475**
_____                        _____
Name

78.    **Total of Part 11.**                                                                $0.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **PilePro LLC**                                                    Case number *(If known)*  **19-10475**
             Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,000,100.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,000,100.00 |

**Fill in this information to identify the case:**

Debtor name      **PilePro LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-10475**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __PilePro LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __19-10475__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach  he Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$0.00** | **$0.00** |
|---|---|---|

Priority creditor's name and mailing address

**Travis County Texas**
**c/o David Escamilla**
**P.O. Box 1748**
**Austin, TX 78769**

As of the petition filing date,  he claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Austin Community College**
**c/o David Escamilla**
**P.O. Box 1748**
**Austin, TX 78769**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,388.25** |
|---|---|---|

**Bayard Law Firm**
**P.O Box 25130**
**Wilmington, DE 19899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __from 10/2016__

Last 4 digits of account number

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **PilePro LLC** | Case number (if known) | **19-10475** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**Berkeley Research Group**
**2200 Powell Street**
**Suite 1200**
**Emeryville, CA 94608**
Date(s) debt was incurred  **from 8/2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ☐ No  ☐ Yes

**$45,118.82**

---

**3.4** | Nonpriority creditor's name and mailing address
**Bleakley Platt & Schmidt, LLP**
**One North Lexigton Avenue**
**White Plains, NY 10601**
Date(s) debt was incurred  **from 4/2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$356,206.31**

---

**3.5** | Nonpriority creditor's name and mailing address
**Bodell Bove**
**1225 N. King Street**
**Suite 1000**
**Wilmington, DE 19801**
Date(s) debt was incurred  **from 9/2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$17,029.94**

---

**3.6** | Nonpriority creditor's name and mailing address
**Boies, Schiller and Flexner**
**300 South Fourth Street**
**Suite 800**
**Las Vegas, NV 89108**
Date(s) debt was incurred  **from 12/2012**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,677,673.50**

---

**3.7** | Nonpriority creditor's name and mailing address
**Capital One Bank, N.A.**
**P.O. Box 71142**
**Charlotte, NC 28272-1142**
Date(s) debt was incurred  **from 12/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of credit**

Is the claim subject to offset? ■ No  ☐ Yes

**$264,302.55**

---

**3.8** | Nonpriority creditor's name and mailing address
**Conley Rose**
**575 N. Dairy Ashford Road**
**Suite 1102**
**Houston, TX 77079**
Date(s) debt was incurred  **from 9/2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

**$125,998.45**

---

**3.9** | Nonpriority creditor's name and mailing address
**David White**
**Renaissance Center**
**405 North King Street, 8th Floor**
**Wilmington, DE 19801**
Date(s) debt was incurred
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services as liquidating trustee**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **PilePro LLC** | Case number (if known) | **19-10475** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Del Valle Independent School District**
**c/o David Escamilla**
**P.O. Box 1748**
**Austin, TX 78767**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,202.96** |
|---|---|---|---|

**Dr. Dirk Schultze-Petzoid**
**Hegelallee 5, 14467**
**Potsdam, Germany**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  1/2018

Basis for the claim:  Services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,132.03** |
|---|---|---|---|

**DSR & Associates**
**5635 N. Scottsdale Road**
**Suite 170**
**Scottsdale, AZ 85250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  from 8/2016

Basis for the claim:  Services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,602.00** |
|---|---|---|---|

**Eckert Seamans**
**600 Grant Street**
**44th Floor**
**Pittsburgh, PA 15219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  from 6/2017

Basis for the claim:  Legal services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,150.43** |
|---|---|---|---|

**Eisenfuhr Speiser**
**Johannes-Brahms-Platz 1, 20355**
**Hamburg, Germany**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  from 1/2016

Basis for the claim:  Services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,894.67** |
|---|---|---|---|

**George Brothers Kinkaid & Horton LLP**
**1100 Norwood Tower**
**114 West 7th Street**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,597.81** |
|---|---|---|---|

**JAMS, Inc.**
**P.O. Box 845402**
**Los Angeles, CA 90087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  from 6/2018

Basis for the claim:  Mediation services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PilePro LLC** | | Case number (if known) | **19-10475** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$387,000.00** |
|---|---|---|---|
| | **Julio Ramos**<br>**35 Grove Street**<br>**Suite 107**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __12/2017__ | Basis for the claim:  __Services rendered__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$216,491.26** |
|---|---|---|---|
| | **McCarter & English**<br>**Renaissance Center**<br>**405 North King Street, 8th Floor**<br>**Wilmington, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  __from 10/2018__ | Basis for the claim:  __Legal services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$636,127.10** |
|---|---|---|---|
| | **PilePro GMBH**<br>**Undsoldstrasse 5, 80538**<br>**Munchen,  Germany** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  __various__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Plymouth Tube Company**<br>**c/o Gregory A. McCormick**<br>**Two Prudential Plaza**<br>**180 North Stetson, Suite 1300**<br>**Chicago, IL 60601-6710** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,400.00** |
|---|---|---|---|
| | **Rational eDiscovery, LLC**<br>**2 Tower Place**<br>**Albany, NY 12203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __1/2015__ | Basis for the claim:  __Litigation services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Richard Heindl**<br>**c/o Carl Neff**<br>**919 North Market Street**<br>**Suite 300**<br>**Wilmington, DE 19899-2323** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Robert P. Youngman estate**<br>**c/o Andrew Reardon**<br>**Reid-Michaels**<br>**777 Third Avenue, 19th Floor**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PilePro LLC** | Case number (if known) | **19-10475** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$742,000.00** |
|---|---|---|---|

**Roberto Redondo Wendt**
**49 South Mayhew Turnpike**
**Hebron, NH 03241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,840.46** |
|---|---|---|---|

**Segal McCambridge Singer & Mahoney**
**P.O. Box 71288**
**Chicago, IL 60694-1288**

Date(s) debt was incurred  **from 89/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,198.73** |
|---|---|---|---|

**SKW Schwarz**
**Kurfurstendamm 21, D-10719**
**Berlin, Germany**

Date(s) debt was incurred  **from 10/2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Skyline Steel LLC**
**300 Technology Center Way, Suite 450**
**Rock Hill, SC 29730**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steelcom Limited**
**c/o Carl Neff**
**919 North Market Street**
**Suite 300**
**Wilmington, DE 19899-2323**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steelwall ISH GmbH**
**Tassilostrasse 21, 82166**
**Grafelfing, Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229,303.50** |
|---|---|---|---|

**Stone Magnanini LLP**
**100 Connell Drive #2200**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred  **from 7/2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **PilePro LLC** | | Case number (if known) | **19-10475** |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** Nonpriority creditor's name and mailing address

**Travis County Emer. Serv. Dist. #11**
**c/o David Escamilla**
**P.O. Box 1748**
**Austin, TX 78770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32** Nonpriority creditor's name and mailing address

**Travis County Healthcare District**
**c/o David Escamilla**
**P.O. Box 1748**
**Austin, TX 78771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.33** Nonpriority creditor's name and mailing address

**Travis County Texas**
**P.O. Box 1748**
**Austin, TX 78767**

Date(s) debt was incurred  9/2018

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,125.89**

---

**3.34** Nonpriority creditor's name and mailing address

**Youngman Trust fbo Elsie Hull**
**c/o Andrew Reardon**
**Reid-Michaels**
**777 Third Avenue, 19th Floor**
**New York, NY 10017**

Date(s) debt was incurred  11/2013

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Money loaned

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Youngman Trust fbo William S. Youngman**
**c/o Andrew Reardon**
**Reid Michaels**
**777 Third Avenue, 19th Floor**
**New York, NY 10017**

Date(s) debt was incurred  11/2013

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Money loaned

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.36** Nonpriority creditor's name and mailing address

**Zimgibl Langweiser**
**Brienner Strasse 9, 80333**
**Munich, Germany**

Date(s) debt was incurred  from 5/206

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered

Is the claim subject to offset? ■ No ☐ Yes

**$17,360.00**

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| Debtor | **PilePro LLC** | | Case number (if known) | **19-10475** |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1    **Skyline Steel, Inc.** <br> **c/o Aldo Badini** <br> **200 Park Avenue** <br> **New York, NY 10166** | Line   **3.27** <br><br> ☐   Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,650,144.66 |
| **5c. Total of Parts 1 and 2** <br>     Lines 5a + 5b = 5c. | 5c. | $ | 5,650,144.66 |

**Fill in this information to identify the case:**

Debtor name    **PilePro LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-10475**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for research and development services** | |
| State the term remaining — **Approximately one year** | **Achim Wunsch**<br>**Lerchenfeldstrasse 8, 80538**<br>**Munchen, Germany** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Exclusive License Agreement dated February 29, 2016 (Note: the authority of PilePro, LLC to enter into this agreement has been questioned).** | |
| State the term remaining — **6 years** | **PilePro GMBH**<br>**Undsoldstrasse 5 80538**<br>**Munchen, Germany** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **PilePro LLC**

United States Bankruptcy Court for the:          DISTRICT OF DELAWARE

Case number (if known)          **19-10475**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Richard Heindl** | **c/o Carl Neff**<br>**919 North Market Street**<br>**Suite 300**<br>**Wilmington, DE 19899-2323**<br>**Co-debtor disputes claim.** | **McCarter & English** | ☐ D _____<br>■ E/F    **3.18**<br>☐ G _____ |
| 2.2 | **Richard Heindl** | **c/o Carl Neff**<br>**919 North Market Street**<br>**Suite 300**<br>**Wilmington, DE 19899-2323**<br>**Co-debtor disputes claim.** | **David White** | ☐ D _____<br>■ E/F    **3.9**<br>☐ G _____ |
| 2.3 | **Richard Heindl** | **c/o Carl Neff**<br>**919 North Market Street**<br>**Suite 300**<br>**Wilmington, DE 19899-2323**<br>**Co-debtor disputes claim.** | **Roberto Redondo Wendt** | ☐ D _____<br>■ E/F    **3.24**<br>☐ G _____ |
| 2.4 | **Roberto Redondo Wendt** | **49 South Mayhew Turnpike**<br>**Hebron, NH 03241**<br>**Co-debtor disputes claim.** | **Steelcom Limited** | ☐ D _____<br>■ E/F    **3.28**<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **PilePro LLC** | Case number *(if known)* | **19-10475** |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Roberto Redondo Wendt** **49 South Mayhew Turnpike** **Hebron, NH 03241** **co-debtor disputes claim.** | **Richard Heindl** | ☐ D _____ ☑ E/F __**3.22**__ ☐ G _____ |
| 2.6 | **Roberto Redondo Wendt** **49 South Mayhew Turnpike** **Hebron, NH 03241** **Co-debtor disputes claim.** | **Bodell Bove** | ☐ D _____ ☑ E/F __**3.5**__ ☐ G _____ |
| 2.7 | **Roberto Redondo Wendt** **49 South Mayhew Turnpike** **Hebron, NH 03241** **Co-debtor disputes claim.** | **McCarter & English** | ☐ D _____ ☑ E/F __**3.18**__ ☐ G _____ |
| 2.8 | **Roberto Redondo Wendt** **49 South Mayhew Turnpike** **Hebron, NH 03241** **Co-debtor disputes claim.** | **David White** | ☐ D _____ ☑ E/F __**3.9**__ ☐ G _____ |