IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PILEPRO LLC,<br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-10475 (BLS)<br><br>**Re: Dkt. No. 69** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION RESOLVING
PROOF OF CLAIM NO. 15 FILED BY RICHARD HEINDL**

The undersigned hereby certifies as follows:

　　　　1.　　　　On March 8, 2019 (the "Petition Date"), PilePro LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Thereafter, David W. Carickhoff (the "Trustee") was appointed as the chapter 7 trustee for the Debtor's estate (the "Estate").

　　　　2.　　　　The deadline to file proofs of claim in this chapter 7 case was August 8, 2019.

　　　　3.　　　　On or about August 8, 2019, Richard Heindl ("Claimant")[1] Claimant filed a proof of claim in the Debtor's chapter 7 case and such claim was assigned claim no. 15 (the "Proof of Claim"). The Proof of Claim asserts a general unsecured claim in the amount of $17,500,00.00.

　　　　4.　　　　On March 5, 2021, the Trustee filed an Objection to the Proof of Claim [Dkt. No. 69] (the "Claim Objection"). By the Claim Objection, the Trustee sought to either: (i) disallow and expunge the Proof of Claim in its entirety, (ii) recharacterize the Proof of Claim as equity, or (iii) substantially reduce the amount of the Proof of Claim to no more than $825,000.

---

[1] Claimant and the Trustee are collectively referred to as the "Parties".

5. Since filing the Claim Objection, the Parties have engaged in good faith, arm's-length negotiations which have resulted in the Parties entering into a stipulation (the "Stipulation") which, subject to Bankruptcy Court approval resolves the Claim Objection. In particular, among other things, the Stipulation provides that Proof of Claim will be significantly reduced from $17,5000,000, to $500,000. The reduced claim of $500,000 will be allowed as a general unsecured, non-priority claim and Claimant will have no other claims against the Estate.

6. A proposed form or Order approving the Stipulation (the "Proposed Order") is attached hereto as Exhibit A. The Stipulation is attached as Exhibit 1 to the Proposed Order. Given the substantial reduction of the Proof of Claim, the Trustee submits that entry of the Proposed Order approving the Stipulation is in the best interest of the Estate and creditors.

WHEREFORE, the Trustee respectfully requests that the Bankruptcy Court enter the Proposed Order in the form attached hereto as Exhibit A.

Dated: July 17, 2021

By: /s/ Alan M. Root
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone (302) 777-4350
Facsimile (302) 777-4352
Email  aroot@archerlaw.com

Attorneys for Chapter 7 Trustee

221419720v1