# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PILE PRO LLC, | Case No. 19-10475 (BLS) |
| Debtor. | |

## STATUS REPORT OF THE CHAPTER 7 TRUSTEE

David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), hereby files this status report in the above-captioned chapter 7 case:

1. On March 8, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. The Trustee has been appointed as chapter 7 trustee of the Debtor's estate pursuant to section 701(a) of the Bankruptcy Code.

2. Prior to the Petition Date, the Debtor's principals had been engaged in long standing disputes, which ultimately led to a judicial dissolution proceeding involving the Debtor in the Delaware Court of Chancery, with the bankruptcy filing following thereafter.

3. The Debtor's estate held no tangible property and only certain intangible assets, consisting mainly of intellectual property and causes of action. At the outset of the case, the Trustee's focus was on maximizing the value of these assets.

4. On November 18, 2019, the Court entered the *Order Approving (I) Settlement and Asset Transfer Agreement by and Among David W. Carickhoff, Chapter 7 Trustee, and Certain Non-Debtor Settling Parties; (II) the Transfer of Assets Contemplated Thereby Free and Clear of all Liens, Claims and Encumbrances, (III) Assumption and Assignment of a Certain Licensing*

*Agreement and (IV) Certain Related Relief* [Dkt. No. 60] (the "Sale and Settlement Order").  The Sale and Settlement Order approved, among other things, (i) a global settlement among the Trustee and certain non-debtor parties, including one of the Debtor's principals (the "Non-Debtor Settling Parties"), (ii) the sale of certain assets to the Non-Debtor Settling Parties for a purchase price of $825,000[1] and (iii) the assignment of certain claims to the Non-Debtor Settling Parties (the "Assigned Claims").

5.    The Debtor's estate retains an interest in the recoveries on the Assigned Claims and, based upon the last update received, the Trustee understands that one or more of the Assigned Claims remains pending.  At present, the Trustee continues to monitor the progress, and the potential for recovery, on the Assigned Claims.

6.    In addition, the Trustee has been engaged in the claims reconciliation process and has resolved the largest asserted claim against the Debtor's estate, filed by the Debtor's other principal (*see* Dkt. No. 76).  The Trustee is continuing the claims reconciliation process and attending to other wind-down tasks while he continues to monitor the potential for any recovery on the Assigned Claims.

|  |  |
|---|---|
| Dated:  April 4, 2023 | By: */s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>ARCHER & GREINER, P.C.<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE  19801<br>(302) 777-4350<br>(302) 777-4352 (fax)<br>aroot@archerlaw.com<br><br>*Counsel to David W. Carickhoff,*<br>*Ch. 7 Trustee* |

226979209v1

---

[1] The purchase price was payable in installments and the Trustee has collected the entirety of the purchase price.